No. 43990.—Protests 238789–G, etc., of Judkins & McCormick Co. et al. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and on the authority of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) artificial flowers were held dutiable at 60 percent under paragraph 1419 and wearing apparel in chief value of silk was held dutiable at 60 percent under paragraph 1210.

No. 43991.—Protest 927041–G of Martinez Bros. (San Antonio).

Opinion by TILSON, J.  The protest was dismissed.

No. 43992.—Protests 348222–G, etc., of J. Bakouth et al. (New York).

Opinion by TILSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 43993.—Protests 210243–G, etc., of American Shipping Co. et al. (New York).

Opinion by TILSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 43994.—Protest 13270–K of Trutex Corp. (Los Angeles).

Opinion by KINCHELOE, J.  In accordance with stipulation of counsel and on the authority of Abstract 43196 the merchandise in question was held dutiable as wallboard at 10 percent under paragraph 1402 as claimed.

No. 43995.—Protest 21843–K of C. J. Mentrup Co. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the cocoa fiber mats in question are similar to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.